OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 AUG. 17. 2015

8/13/2015
**DEPAEPE, TIMOTHY EDWARD**
**Tr. Ct. No. C-372-010514-1387145-A**
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

**WR-83,733-01**

Abel Acosta, Clerk

TIMOTHY EDWARD DEPAEPE
- TDC # 2001047

